IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00195-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER ESCOBAR MARTINEZ,

    Defendant.

---

**PROPOSED ORDER**

---

THIS MATTER is before the Court on Defendant's waiver of indictment, and the Court finding that Defendant's waiver has been made freely and voluntarily:

IT IS HEREBY ORDERED that Defendant's waiver of the right to prosecution by indictment is accepted and the case will proceed on the information that has been filed.

DATED and ENTERED this __26__ day of September, 2008.

                BY THE COURT:

                _____
                EDWARD W. NOTTINGHAM
                United States District Court